UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re SHANNON RILEY,

Plaintiff.

Case No. 16-cv-04257-JST (PR)

**ORDER OF DISMISSAL**

Pursuant to plaintiff's notice of voluntary dismissal (ECF No. 9), this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a).

The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: September 19, 2016

_____
JON S. TIGAR
United States District Judge